**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-08-0623-PCT-JAT (LOA) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Aimee Melissa Edwards, ) | |
| Defendant. ) | |

      Today, July 1, 2008, the undersigned ordered Defendant released on conditions under the supervision of U.S. Pretrial Services, beginning on July 2, 2008, and to temporarily reside at the White Mountain SAFE House in Pinetop, Arizona, a private domestic violence residential shelter, pending Defendant's screening and acceptance into Native American Connections (Guiding Star Lodge), a women's residential drug and alcohol treatment facility in Phoenix, when bedspace becomes available later in July, 2008. Upon her successful completion of the Native American Connections' program at Guiding Star Lodge, Defendant shall return to, and reside at, the White Mountain SAFE House or other place if approved in advance by the Court or U.S. Pretrial Services.

      Today, the undersigned spoke directly to Sally Loftquest, social worker at White Mountain SAFE House, and M. Kathryn Campbell, Executive Director of White Mountain SAFE House, in an effort to coordinate services between U.S. Pretrial Services and the White Mountain SAFE House in Pinetop, Arizona. Both Ms. Loftquest and Ms.

1 Campbell expressly agree on the record to immediately contact U.S. Pretrial Services if
2 Defendant disappears, fails to comply with this Order or fails to comply with the Court's
3 Order setting Defendant's release conditions.

4     Good cause appearing,

5     **IT IS ORDERED** that Pretrial Services is authorized to provide White
6 Mountain SAFE House with a complete copy of Defendant's order containing release
7 conditions. White Mountain SAFE House shall keep confidential Defendant's release
8 conditions and shall destroy Defendant's release conditions when Defendant is permanently
9 released from the White Mountain SAFE House or the conclusion of this federal prosecution,
10 whichever occurs earlier.

11     **IT IS FURTHER ORDERED** that White Mountain SAFE House shall
12 immediately notify U.S. Pretrial Services if Defendant absconds from the White Mountain
13 SAFE House without permission for any period of time, violates any of the White Mountain
14 SAFE House's rules and regulations, including Defendant's April 7, 2008 Treatment
15 Contract, or fails to comply with any of her court-ordered release conditions.

16     **IT IS FURTHER ORDERED** that White Mountain SAFE House shall
17 comply with the following:

18     1. Conduct random urine testing of Defendant in its discretion after
19 consultation with U.S. Pretrial Services for proof of illicit drug or alcohol usage at the
20 expense of the Defendant or the White Mountain SAFE House; and,

21     2. Maintain open communication with, and provide information to, Pretrial
22 Services concerning the Defendant's progress, care, treatment, testing and discharge
23 decisions.

24     **IT IS FURTHER ORDERED** directing that the Clerk please either hand-
25 deliver or mail a copy of this Order to Ms. Sally Loftquest and Ms. M. Kathryn Campbell,
26 White Mountain SAFE House, P.O. Box 1890, Pinetop, Arizona 85935 who shall file a copy
27 ///
28

1  of this Order in the Defendant's chart or file at the White Mountain SAFE House until
2  completion of her residency at the White Mountain SAFE House.
3       DATED this 1st day of July, 2008.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge